*McKee, Petitioner, v. King County, Respondent*, No. 91994-1. Petition for review of a decision of the Court of Appeals, No. 70901-1-I, May 18, 2015, 187 Wn. App. 1029. *Denied* December 2, 2015.

*State, Petitioner, v. Devon, Respondent*, No. 91996-8. Petition for review of a decision of the Court of Appeals, No. 24958-1-III, July 9, 2015, 188 Wn. App. 1045. *Denied* December 2, 2015.

*Ford Servs., LLC, Petitioner, v. City of Sedro-Wooley, Respondent*, No. 91997-6. Petition for review of a decision of the Court of Appeals, No. 72131-3-I, June 29, 2015, 188 Wn. App. 1034. *Denied* December 2, 2015.

*State, Respondent, v. Oakes, Petitioner*, No. 92001-0. Petition for review of a decision of the Court of Appeals, No. 66229-5-I, May 18, 2015, 187 Wn. App. 1028. *Denied* December 2, 2015.

*State, Respondent, v. Anebo, Petitioner*, No. 92003-6. Petition for review of a decision of the Court of Appeals, No. 45826-8-II, June 30, 2015, 188 Wn. App. 1036. *Denied* December 2, 2015.

*Reed-Jennings et al., Petitioners, v. Baseball Club of Seattle, LP, et al., Respondents*, No. 92004-4. Petition for review of a decision of the Court of Appeals, No. 71545-3-I, May 26, 2015, 188 Wn. App. 320. *Denied* December 2, 2015.

*Mercer Island Sch. Dist., Petitioner, v. N.W. et al., Respondents*, No. 92009-5. Petition for review of a decision of the Court of Appeals, No. 71419-8-I, April 13, 2015, 186 Wn. App. 939. *Denied* December 2, 2015.

*State, Respondent, v. Wade, Petitioner*, No. 92019-2. Petition for review of a decision of the Court of Appeals, No. 71095-8-I, June 29, 2015, 188 Wn. App. 1032. *Denied* December 2, 2015.